UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
_____

ROBERT M. MERCEDES, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

HUNTER WARFIELD, INC.;
STEPHEN W. SOBOTA;
TODD WAHL;
JAMES NEELEY;
JEFFREY GARTLAND; and
John Does 1-10

*Defendants*.
_____

Case No.: 2:20-cv-07880-SDW-LDW

## DEFENDANT HUNTER WARFIELD, INC.'S OFFER OF JUDGMENT

To Plaintiff Robert M. Mercedes ("Plaintiff"), by and through his attorneys:

    Yongmoon Kim
    Kim Law Firm LLC
    411 Hackensack Ave Ste 701
    Hackensack, NJ 07601
    Tel: 201-273-7117
    Fax: 201-273-7117
    Email: ykim@kimlf.com

    1.    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Hunter Warfield, Inc. ("Defendant" or "HWI") hereby offers to allow judgment to be taken against it in favor of Plaintiff as follows:

    2.    Judgment shall be entered solely against HWI in the amount of One Thousand and One Dollars ($1,001.00), plus reasonable attorney's fees and taxable costs incurred in this action,

such fees and costs to be determined by agreement of the parties and, if the parties cannot agree, by the Court upon Motion of the Plaintiff.

3. The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims and potential claims against *all* Defendants in this action.

4. This Offer of Judgment is made solely for the purposes specified in Rule 68 and is not to be construed either as an admission that HWI is liable in this action, or that Plaintiff has suffered any damages.

DATED:     July 30, 2021

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

Respectfully submitted,

SO ORDERED.
/s/ Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: August 16, 2021

/s Sean M. O'Brien
Sean M. O'Brien, Esq.
New Jersey Bar #093702013
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: sobrien@lippes.com
*Attorneys for Defendants*